IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 3:07cv599 |
| CSX TRANSPORTATION, INC. | ) ) ) | **COMPLAINT** |
| | ) ) ) | **JURY TRIAL DEMAND** |
| Defendant. | ) ) | |

FILED SEP 28 2007 CLERK, U.S. DISTRICT COURT RICHMOND, VA

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964, as amended, and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of pregnancy, and to provide appropriate relief to Jennifer (Porter) Mattox who was adversely affected by such practices. The Commission alleges that Mattox, a pregnant woman, was unlawfully placed on an involuntary medical leave of absence from her position with Defendant because of her pregnancy.

## JURISDICTION AND VENUE

1.      Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-5(f)(1) and (3)("Title VII") and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

1

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Eastern District of Virginia, Richmond Division.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3).

4. At all relevant times, Defendant, CSX Transportation, Inc., ("Defendant"), has continuously been doing business in the State of Virginia and the City of Richmond, and has continuously had at least 15 employees.

5. At all relevant times, Defendant has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g) and (h).

## STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, Jennifer Mattox filed a charge with the Commission alleging violations of Title VII by Defendant. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. On or about March 29, 2006, Defendant engaged in unlawful employment practices at its Richmond job site, in violation of Section 703(a) of Title VII, 42 U.S.C. §2000e-2(a). Specifically, after learning that Mattox was pregnant, Defendant required Mattox to obtain a medical

clearance in order to continue working. After Mattox provided the requested medical clearance from her physician, Defendant removed Mattox from her stock clerk position by requiring her to take medical leave of absence until the birth of her child. At the time Mattox was removed from her position, she was fully qualified and capable of performing the duties of her position.

8. The effect of the practices complained of in paragraph 7 above has been to deprive Jennifer (Porter) Mattox of equal employment opportunities and otherwise adversely affect the terms and conditions of her employment, because of her pregnancy.

9. The unlawful employment practices complained of in paragraph 7 above were intentional.

10. The unlawful employment practices complained of in paragraph 7 above were done with malice or with reckless indifference to the federally protected rights of Jennifer (Porter) Mattox.

### PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant, its officers, successors, assigns, and all persons in active concert or participation with it, from engaging in discrimination on the basis of pregnancy and any other employment practice which discriminates on the basis of pregnancy.

B. Order Defendant to institute and carry out policies, practices, and programs which provide equal employment opportunities for pregnant women, and which eradicate the effects of its past and present unlawful employment practices.

C. Order Defendant to make whole Jennifer (Porter) Mattox, by providing appropriate back pay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief

necessary to eradicate the effects of its unlawful employment practices.

D. Order Defendant to make whole Jennifer (Porter) Mattox, by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraph 7 above in amounts to be determined at trial.

E. Order Defendant to make whole Jennifer (Porter) Mattox by providing compensation for past and future nonpecuniary losses resulting from the unlawful practices complained of in paragraph 7 above, including emotional pain, suffering, inconvenience, loss of enjoyment of life, and humiliation, loss of civil rights and other non-pecuniary losses, in amounts to be determined at trial.

F. Order Defendant to pay Jennifer (Porter) Mattox punitive damages for its malicious and reckless conduct described in paragraph 7 above, in amounts to be determined at trial.

G. Grant such further relief as the Court deems necessary and proper in the public interest.

H. Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

Respectfully submitted,

EQUAL EMPLOYMENT OPPORTUNITY

4

COMMISSION

RONALD S. COOPER
General Counsel

JAMES L. LEE
Deputy General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel


LYNETTE A. BARNES
Regional Attorney
Charlotte District Office
129 W. Trade Street, Suite 400
Charlotte, N.C. 28202
Tel: (704) 344-6878
Facsimile: (704) 344-6870
Email: lynette.barnes@eeoc.gov

TRACY HUDSON SPICER
Supervisory Trial Attorney
Washington Field Office
1801 L Street, N.W., Suite 100
Washington, D.C. 20507
Tel: (202)419-0711
Facsimile: (202) 419-0701
Email: tracy.spicer@eeoc.gov

_____
SUZANNE LENAHAN NYFELER
Senior Trial Attorney
Virginia Bar No. 40450
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Richmond Local Office
830 East Main Street, Suite 600
Richmond, Virginia 23219
Tel: (804)771-2215
Facsimile: (804) 771-2222
Email: Suzanne.Nyfeler@eeoc.gov

5